JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WITTMAN, et al. ) | Case No.: CV 09-3663 DSF (FFMx) |
| Plaintiffs, ) | |
| vs. ) | JUDGMENT |
| FEDEX CORP., FEDEX NATIONAL ) LTL, INC., and DOES 1 TO 100, ) | |
| Defendants. ) | |

This action came on for hearing on Defendant FedEx National LTL, Inc.'s motion for summary judgment, the Honorable Dale S. Fischer, District Judge, Presiding. The arguments and evidence having been presented and fully considered, the issues having been heard, and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed on the merits, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/16/10

_____
Dale S. Fischer
United States District Judge